

W. Gerald Tidwell, Jr.
Managing Partner
wgt@tidwellandassociates.com

Matthew D. Tidwell
Associate Attorney
mdt@tidwellandassociates.com

1810 McCallie Avenue
Chattanooga, TN 37404

Ph: 423.602.7511
Fax: 423.602.7515

www.tidwellandassociates.c

February 24, 2023

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
ATTN: Records Room
100 East Fifth Street
Cincinnati, Ohio 45202

**Re:**   *Bailey White v. Hamilton County Gov. et al,*
U.S. Court of Appeals for the Sixth Circuit
Case No. 22-5409

To Whom It May Concern:

Enclosed please find four (4) copies of the video exhibits filed with Doc. 415, *Notice of Manual Filing of Video Exhibits to Defendant Jacob Goforth's Motion for Summary Judgment.* These copies have been provided on USB drives. We have also provided a ".avi" format of Ex. 1 Wilkey Dashcam Video. Early in the case, the authenticity of the video dated 2019.02.06 captured on Defendant Wilkey's dash camera was brought into question. Per Doc. 445-1, *Affidavit of Robert Lorenz,* the authenticity of Wilkey's dash camera video was confirmed to be true, correct, and unaltered filed with Status Report Doc. 445. A second Status Report was filed on this issue with the affidavit of Ted Scott (Doc. 462 and 462-1 respectfully). The ".avi "format is the format in which the video was originally produced to all counsel. For portability, we have also included a .mp4 format of Ex.1 Wilkey Dashcam video.

Please contact my office should there be any questions regarding these productions.

Sincerely,

W. Gerald Tidwell, Jr.
Enclosures