**403 - 4th Floor Courtroom, 8:30 A.M.**  **Thursday, March 16, 2023**

**McKeague, Thapar, Larsen**

**22-5409**  **Bailey White v. Hamilton County Government, et al.**

Bailey White                                                                                       ret   Robin R. Flores

    **Plaintiff – Appellee**

**V.**

Jacob Goforth, in his individual and official capacity                      ret   William Gerald Tidwell, Jr.
as a Deputy Sheriff of Hamilton County Government                            ***2 Minutes Rebuttal***

    **Defendant – Appellant**

*Jennifer Earl, Courtroom Deputy*

Defendant appeals an interlocutory order of the district court denying him summary judgment in this civil rights action alleging several claims arising from a traffic stop that resulted in plaintiff's baptism by an on-duty officer.   (15 Minutes Per Side)